UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   2:23cv10507 DDP (SSCx)                                             Date: August 8, 2024

Title   *INOCENTE CARLOS ALVARO ZETA; ET AL. v. UNITED STATES OF AMERICA*

Present: The Honorable:   **DEAN D. PREGERSON, U.S. DISTRICT JUDGE**

| Catherine Jeang | Not Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**  (IN CHAMBERS) – ORDER TO SHOW CAUSE AND DOE DISMISSAL

### ORDER TO SHOW CAUSE

**IT IS HEREBY ORDERED** that **PLAINTIFF** show cause in writing not later than **August 30, 2024**, why this action should not be dismissed for lack of prosecution as to **defendant United States of America.**  In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.15, oral argument shall not be heard in the above matter unless so ordered by the Court.  The Order to Show Cause will stand submitted upon the filing of briefs.

Plaintiff is advised that the Court will consider a corrected proofs of service of summons and complaint on **defendant** on or before the above date, as a satisfactory response to the Order to Show Cause and this Court's Notice of Deficiency Default[15].

### DOE DISMISSAL

Pursuant to Local Rule 19-1, no complaint or petition shall be filed that includes more than ten (10) Doe or fictitiously named parties.  Accordingly, the Court hereby **DISMISSES** Doe Defendants 11 through 20, inclusive.

IT IS SO ORDERED.

00:00

**Initials of Preparer**   CMJ