J S - 6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INOCENTE ZETA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | No. 2:23-cv-10507-SSS-SSCx<br><br>**JUDGMENT**<br><br>Honorable Sunshine S. Sykes<br>United States District Judge<br><br>NOTE CHANGE MADE BY COURT |

Pursuant to Plaintiffs' Acceptance of Defendant's Offer of Judgment on July 8, 2026 [ECF No. 48], and in accordance with Rule 68 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows: Plaintiffs shall have **JUDGMENT** in their **FAVOR** in the total amount of Ninety Six Thousand Dollars ($96,000.00), inclusive of all accrued costs, attorney's fees, and outstanding liens, and **AGAINST** Defendant United States of America. This action is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

DATED: July 9, 2026

_____
Irene Vazquez, Deputy Clerk

1